IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 4:24-CR-00289-001-HFS |
|---|---|
| Plaintiff, | **COUNTS ONE - SIX:** |
| | *Bank Fraud* |
| v. | 18 U.S.C. § 1344 |
| | NMT 30 Years' Imprisonment |
| JEVON P. CRUDUP, JR., | NMT $1,000,000 Fine |
| [DOB: 07/09/2000] | NMT 5 Years' Supervised Release |
| | Class B Felony |
| Defendant. | |
| | **COUNTS SEVEN - NINE:** |
| | *Aggravated Identity Theft* |
| | 18 U.S.C. § 1028A |
| | Mandatory Consecutive 2 Years' Imprisonment |
| | NMT $100,000 Fine |
| | NMT 1 Year Supervised Release |
| | Class E Felony |
| | $100 Mandatory Special Assessment |
| | **Forfeiture Allegation** |

# I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

### Scheme and Artifice to Defraud

1. Between on or about March 1, 2023, and September 1, 2023, said dates being approximate, in the Western District of Missouri and elsewhere, Defendant JEVON P. CRUDUP, JR. devised a scheme to defraud financial institutions by passing stolen United States Treasury checks that had been altered and forged by depositing them at Automated Teller Machines (ATMs) using the bank accounts of other persons. To perpetrate his scheme, CRUDUP first unlawfully acquired United States Treasury checks intended for legitimate payees for tax refunds through various unlawful means.

2. To obtain access to bank accounts at ATMs, CRUDUP recruited people on social media accounts by advertising that he could help them make money. CRUDUP told these individuals that in order to assist them he needed access to their bank accounts. CRUDUP required that these individuals provide him with their banking account information including debit cards and PIN numbers.

3. CRUDUP altered, forged, and deposited the unlawfully obtained United States Treasury checks at ATMs into the bank accounts of the individuals he recruited. These individuals typically did not see and did not sign the stolen United States Treasury checks that were deposited into their bank accounts.

4. CRUDUP would then use these individuals' debit cards to withdraw funds from the account or CRUDUP would require these individuals to make cash withdrawals and electronic funds transfers to him using various online payment systems, including CashApp, Zelle, and Apple Pay.

5. In this manner CRUDUP deposited or facilitated the deposit of a total of sixteen altered and forged United States Treasury checks with a total value of $160,123.47 at various branches of Arvest Bank, Commerce Bank, and UMB, financial institutions as that term is defined in Title 18, United States Code, Section 20. Of the $160,123.47 in deposits, CRUDUP and his accomplices recovered $88,110.43 through cash withdrawals, CashApp, Apple Pay, and Zelle transactions.

**Manner and Means**

*April 12, 2023, Deposit into Arvest Bank Account of W.W.*

6. W.W. stated that he first met CRUDUP in or around March 2023, when he found a Snapchat page advertising an easy way to make money. CRUDUP told W.W. that he could help

him and that all W.W. had to do was cash a check. CRUDUP told W.W. that he would need to provide his PIN number and allow CRUDUP to use his debit card to cash the check.

7. CRUDUP directed W.W. to open an account at Arvest Bank and to then provide CRUDUP with his Arvest debit card and account numbers. CRUDUP told W.W. this was legitimate and that nothing bad would happen. On or about April 11, 2023, W.W. opened an account with Arvest Bank in Kansas City, Missouri. W.W. provided CRUDUP with his Arvest Bank debit card and PIN number.

8. On or about April 12, 2023, CRUDUP deposited a stolen United States Treasury check X8917, intended for payee I.F.B., in the amount of $18,348.72, into the Arvest Bank account of W.W. at an ATM located at 1280 Grand Boulevard, Kansas City, Missouri. The stolen United States Treasury check had been altered to reflect W.W. as the payee instead of I.F.B. and had been purportedly signed by W.W.

9. Approximately one week after the deposit, W.W. withdrew $5,550 cash from the Arvest account and provided CRUDUP with $5,050. W.W. obtained a cashier's check for $12,833.30 and deposited it into his account at Community America Credit Union. CRUDUP directed W.W. to withdraw cash for CRUDUP and to make transfers to CRUDUP via CashApp, Apple Cash, and Zelle.

*May 2, 2023, Deposit into Arvest Bank Account of K.S.*

10. K.S. was introduced to CRUDUP by a friend and began to converse with CRUDUP on Snapchat. CRUDUP told K.S. that he could help him make some money by allowing CRUDUP to deposit a check into his bank account.

11. CRUDUP directed K.S. to open an account at Arvest Bank and to then provide CRUDUP with his Arvest debit card and account numbers. CRUDUP told K.S. this was legitimate

and that nothing bad would happen. CRUDUP told K.S. that he would make a couple hundred dollars for doing this for CRUDUP. On or about April 11, 2023, K.S. opened an account with Arvest Bank in Kansas City, Missouri.

12. On or about May 2, 2023, CRUDUP deposited a stolen United States Treasury check X3528, intended for payee R.B., in the amount of $8,091.23, into the Arvest Bank account of K.S. at an ATM located at 1280 Grand Boulevard, Kansas City, Missouri. The stolen United States Treasury check had been altered to reflect K.S. as the payee instead of R.B. and had been purportedly signed by K.S.

13. Following the transaction, CRUDUP directed K.S. to make cash withdrawals and transfers via CashApp and Zelle in amounts that totaled $4,650.

### *June 16, 2023, Deposits into Commerce Bank Accounts of I.P. and CRUDUP*

14. I.P. first met CRUDUP when he contacted her in May or June 2023. CRUDUP told I.P. that he could help her make some money by allowing CRUDUP to deposit a check into a bank account. CRUDUP told I.P. that he had leftover checks from other people he had "helped," and he sent screenshots of other checks and bank account information from other individuals. CRUDUP told I.P. this was legal and that he did it all the time. CRUDUP told I.P. that she would need to provide her PIN number and allow him to use her debit card. I.P. agreed and provided CRUDUP with her Commerce Bank debit card and PIN number.

15. On or about June 16, 2023, CRUDUP deposited a stolen United States Treasury check X986, intended for payee K.K., in the amount of $7,980.77 into the Commerce Bank account of I.P. at an ATM located at 6100 Troost Avenue, Kansas City, Missouri. The stolen United States Treasury check had been altered to reflect I.P. as the payee instead of K.K. and had been purportedly signed by I.P.

4

16. Following the transaction, CRUDUP directed I.P. to make cash withdrawals and transfers via CashApp and Apple Pay in amounts that totaled $5,525.25.

17. Also on or about June 16, 2023, at the same ATM, CRUDUP deposited a stolen United States Treasury check X8930, intended for payees J.A. & V.P. in the amount of $9,051.65, into his personal Commerce Bank account. This stolen United States Treasury check had been altered to reflect CRUDUP as the payee instead of J.A. & V.P. and was signed by CRUDUP.

*July 12, 2023, Deposit into UMB Bank Account of J.H.*

18. J.H. stated that he first met CRUDUP in or around July 2023, when he found a Snapchat page advertising an easy way to make money. CRUDUP told J.H. that he could help him and that all J.H. had to do was cash a check. CRUDUP told J.H.. that he would need to provide his PIN number and allow CRUDUP to use his debit card to cash the check. J.H. agreed and provided CRUDUP with his UMB Bank debit card and PIN number.

19. On or about July 12, 2023, CRUDUP deposited a stolen United States Treasury check X8970, intended for payees M.V. & R.M., in the amount of $10,837.76 into the UMB Bank account of J.H. at an ATM located at 6400 Independence Avenue, Kansas City, Missouri. The stolen United States Treasury check had been altered to reflect J.H. as the payee instead of M.V. & R.M. and had been purportedly signed by J.H.

20. On or about July 13, 2023, CRUDUP directed J.H. to meet him at Hollywood Casino in Kansas City, Kansas, to retrieve his debit card. CRUDUP then directed to J.H. to make a $9,000 cash withdrawal from his UMB account at a nearby UMB branch. J.H. withdrew $9,000 at CRUDUP's direction and paid CRUDUP $5,000. CRUDUP allowed J.H. to keep $4,000. J.H. deposited $2,000 back into his UMB account that was later recovered when the forgery of the

stolen United States Treasury check was discovered. CRUDUP further instructed J.H. to pay CRUDUP an additional $1,200 using CashApp.

### *August 11, 2023, Deposit into Commerce Bank Accounts of E.S.*

21. E.S. first met CRUDUP through a friend who advised her that CRUDUP could help her make money. In August 2023, E.S. contacted CRUDUP on Snapchat. CRUDUP told E.S. that he would deposit a check into her account but that she would have to provide him her debit card and PIN number. CRUDUP told her the transaction was legitimate. E.S. agreed to meet CRUDUP at an apartment complex near the Department of Veterans Affairs hospital in Kansas City, Missouri, where she provided CRUDUP with her Commerce Bank debit card and PIN number.

22. On or about August 11, 2023, CRUDUP deposited a stolen United States Treasury check X3737, intended for payee J.C., in the amount of $3,093.89 into the Commerce Bank account of E.S. at an ATM located at 6336 Brookside, Kansas City, Missouri. The stolen United States Treasury check had been altered to reflect E.S. as the payee instead of J.C. and had been purportedly signed by E.S.

23. On or about August 12, 2023, CRUDUP sent E.S. a text message with a photo of the check that he had deposited into her account. CRUDUP directed E.S. to make a cash withdrawal of $3,000 from her account. Commerce Bank prevented the withdrawal because the check had been flagged as fraudulent. When E.S. advised CRUDUP she could not withdraw the funds, he told her to send him various amounts of money on CashApp. Commerce Bank eventually closed E.S.'s account and E.S. stopped communicating with CRUDUP.

24. When the Bureau of Fiscal Service discovers that a Treasury check was not delivered to the right individual but was redeemed, the Bureau of Fiscal Service contacts the

6

Case 4:24-cr-00289-DGK    Document 1    Filed 12/17/24    Page 6 of 10

financial institution and requires them to reimburse the United States Treasury for the amount of the stolen Treasury check.

## COUNTS ONE - SIX
### (Bank Fraud)

25. Paragraphs 1 through 24, as set forth above, are re-alleged and expressly incorporated as if fully set forth herein.

26. On or about the below-listed dates, within the Western District of Missouri, and elsewhere, the defendant, JEVON P. CRUDUP, JR., with the intent to defraud, did knowingly execute and attempt to execute a scheme and artifice to obtain moneys, funds, and credits under the custody and control of a financial institution by means of false and fraudulent pretenses, representations, and promises, in that the defendant falsely represented to a financial institution that he was depositing valid checks whereas, as the defendant then and there well knew, the original Treasury check was not payable to the individual listed on the account, the checks were altered and/or forged, and the defendant was not entitled to the checks, with each such deposit being a separate act in the execution of the scheme and artifice to defraud, and to obtain money under the control of a financial institution by means of false and fraudulent pretenses, representations and promises, as well as being a separate count of this Indictment:

| Count | Date | Bank | ATM Location | Account Owner | Fraudulent Matter | Check Amount |
|---|---|---|---|---|---|---|
| 1 | 4/12/2023 | Arvest Bank | 1280 Grand Blvd. KC, MO | W.W. | Deposited forged U.S. Treasury Check intended for I.F.B. | $18,348.72 |

7

| 2 | 5/2/2023 | Arvest Bank | 1280 Grand Blvd. KC, MO | K.S. | Deposited forged U.S. Treasury Check intended for R.B. | $8,091.23 |
| 3 | 6/16/2023 | Commerce Bank | 6100 Troost Ave. KC, MO | I.P. | Deposited forged U.S. Treasury Check intended for K.K. | $7,980.77 |
| 4 | 6/16/2023 | Commerce Bank | 6100 Troost Ave. KC, MO | CRUDUP | Deposited forged U.S. Treasury Check intended for J.A. & V.P. | $9,051.65 |
| 5 | 7/12/2023 | UMB Bank | 6400 Independence Ave. KC, MO | J.H. | Deposited forged U.S. Treasury Check intended for M.V. & R.M. | $10,837.76 |
| 6 | 8/11/2023 | Commerce Bank | 6336 Brookside KC, MO | E.S. | Deposited forged U.S. Treasury Check intended for J.C.. | $3,093,89 |

All in violation of Title 18, United States Code, Sections 1344.

## COUNTS SEVEN - NINE
**(Aggravated Identity Theft During and in Relation to the Crime of Bank Fraud)**

27. Paragraphs 1 through 24 as set forth above, are re-alleged and expressly incorporated as if fully set forth herein.

28. On or about the below listed dates, within the Western District of Missouri, during and in relation to each of the bank fraud offenses set forth in Counts One - Three of this Indictment, and in a manner which was in or affected interstate commerce, JEVON P. CRUDUP, JR., without lawful authority, did knowingly transfer, possess, and use a means of identification of another person, as that term is defined in Title 18, United States Code, Section 1028(d)(7), that is,

defendant, without lawful authority, knowingly transferred, possessed, and used the name of another person, with each such transfer, possession, and use being committed during and in relation to the crime of bank fraud, as well as being a separate count of this Indictment:

| Count | Date | Location | Account Holder | Means of Identification Used Without Lawful Authority |
|---|---|---|---|---|
| 7 | 4/12/2023 | Arvest Bank 1280 Grand KC, MO | W.W. | The name and Arvest checking account of W.W. associated with the bank fraud in Count One. |
| 8 | 5/2/2023 | Arvest Bank 1280 Grand KC, MO | K.S. | The name and Arvest checking account of K.S. associated with the bank fraud in Count Two. |
| 9 | 6/16/2023 | Commerce Bank 6100 Troost KC, MO | I.P. | The name and Commerce checking account of I.P. associated with the bank fraud in Count Three. |

All in violation of Title 18, United States Code, Section 1028A.

## ALLEGATION OF FORFEITURE

29. The allegations of Counts One through Nine of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant has an interest, pursuant to the provisions of Title 18, United States Code, Section 982(a)(2) and the procedures outlined in Title 21, United States Code, Section 853.

30. Upon conviction of any violation of Title 18, United States Code, Sections 1344 or 1028A, defendant shall forfeit to the United States any property constituting, or derived from, proceeds obtained directly or indirectly pursuant to Title 18, United States Code, Section 982(a)(2), including but not limited to, a money judgment representing any interest or proceeds traceable thereto of the fraudulent proceeds obtained by the defendant.

## Substitute Assets

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

  a. The property subject to forfeiture may also include substitute assets if the property described above as being subject to forfeiture as a result of any act or omission of any defendant, cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with a third person;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the above-forfeitable property or to seek return of the property to the jurisdiction of the Court so that the property may be seized and forfeited.

A TRUE BILL.

December 17, 2024  
DATE

*SIGNATURE ON FILE WITH USAO*  
FOREPERSON OF THE GRAND JURY

*/s/Brent Venneman*  
Brent Venneman  
Assistant United States Attorney  
Fraud and Corruption Unit