**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 24-00289-01-CR-W-HFS** |
| | ) | |
| **JEVON P. CRUDUP, JR.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**REPORT AND RECOMMENDATION**
<u>**CONCERNING PLEA OF GUILTY**</u>

On May 20, 2025, Defendant Jevon P. Crudup, Jr., appeared before the Court pursuant to Fed. R. Crim. P. 11, Local Rule 72.1(b)(1)(j), and 28 U.S.C. § 636 and entered a plea of guilty to Count One of the indictment. Docs. 14, 16. Count One of the indictment charges Defendant with bank fraud in violation of 18 U.S.C. § 1344. Doc. 1. Defendant executed a consent of entry of a felony guilty plea before a magistrate judge. Doc. 15.

After cautioning and examining Defendant under oath concerning the requirements of Rule 11, it was determined that the guilty plea was knowledgeable and voluntary, and that the offense to which Defendant has pleaded guilty was supported by a factual basis for each of the essential elements. A record was made of the proceedings and a transcript has been requested.

IT IS THEREFORE RECOMMENDED that the plea of guilty be accepted and that Defendant be adjudged guilty and have a sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within fourteen days from the date of its service shall bar an aggrieved party from attacking the Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1).

DATE:   May 20, 2025                        */s/ W. Brian Gaddy*
                                            W. BRIAN GADDY
                                            UNITED STATES MAGISTRATE JUDGE